IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TINO VILLA,  Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:18-cv-4800 |
| SANDBOX TRANSPORTATION, LLC,  Defendant. | § | JURY DEMANDED |

### CERTIFICATE OF INTERESTED PARTIES

Tino Villa, Plaintiff in the above-referenced matter, submits his list of interested persons as follows:

**Plaintiff and Counsel:**

Tino Villa, Plaintiff

Josef F. Buenker, Plaintiff's Counsel

**Defendant:**

Sandbox Transportation, LLC

Respectfully Submitted,

**THE BUENKER LAW FIRM**

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
jbuenker@buenkerlaw.com
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEY-IN-CHARGE FOR
PLAINTIFF TINO VILLA**

**OF COUNSEL:**
Vijay Pattisapu
TBA No. 24083633
S.D. Tex. No. 1829615
vijay@buenkerlaw.com
**THE BUENKER LAW FIRM**
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEY FOR PLAINTIFF
TINO VILLA**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2018 I electronically filed a copy of the foregoing Certificate of Interested Parties and served it by electronic transmission through the Court's CM/ECF system.

                              */s/ Josef F. Buenker*
                              Josef F. Buenker